# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:  
    DOUGLAS J BAXTER

CASE NO. 13-59929

CHAPTER 13

DEBTOR

JUDGE JOHN E. HOFFMAN JR.

---

**OBJECTION TO CONFIRMATION**

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Jeffrey P. Norman, Chapter 13 Trustee and objects to confirmation of the plan and would show this Court that in the above-referenced case the Court should enter an order denying confirmation for the reasons set forth below and dismissing the case pursuant to 11 USC §1307(c) for the following:

**X**  The Chapter 13 Statement of Financial Affairs, Plan, Means Test, or Schedules must be amended to reflect the changes in the following areas: Statement of Financial Affairs #1 and #2 fails to disclose the income of the non-filing spouse. The Plan fails to include the mortgage arrears owed to Heartland Bank. Clarification needed as to if the Debtor is also pursuing a modification with Heartland.

**X**  The Chapter 13 Plan must be amended to pay to the required applicable commitment period of U.S.C. § 1325 (b)(4). The Plan projects 121 months.

**X**  Monthly operating reports from filing to confirmation are needed. A balance sheet is needed.

**X**  The Debtor has failed to file his 2012 City of Columbus return.

**X**  Debtor(s) have not met with the Comptroller or the Trustee for a review of the debtor(s) business records.

Wherefore, the Trustee prays the Court deny confirmation for the reasons set forth and the case be dismissed or converted to Chapter 7, whichever shall be determined in the creditor's best interest.

Dated: 1/30/2014                                        Respectfully submitted,

/s/ Jeffrey P. Norman
Jeffrey P. Norman
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection To Confirmation was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 1/30/2014                                     /s/ Jeffrey P. Norman
Electronically signed by
Jeffrey P. Norman, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Jeffrey P. Norman, Chapter 13 Trustee
Shannon M Treynor Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Douglas J Baxter
3167 Alderridge Ct
Dublin, Oh 43017